UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61915-RS

ERIC ROGERS,

    Plaintiff,

v.

HARRISH & COMPANY HOLDINGS, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court upon Plaintiff's Notice of Dismissal with Prejudice [DE 5]. Accordingly, it is hereby,

    **ORDERED** that:

    1.    This matter is **DISMISSED with prejudice**.

    2.    All pending motions are **DENIED as moot**.

    3.    Each party shall bear its own attorneys' fees and costs.

    4.    This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 30th day of October, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record